```
             IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION
```

LEMONTRIUS BLOCKER ET AL

VS                             NO. 4:05CV00433 GH

LEMONTRELL BLOCKER

### ORDER

The file in this case reflects that a complaint was filed MARCH 8, 2005 but does not show that the plaintiff has served defendants Mike Medlock, Florine Milligan, Richard Bell, Dallas Wood and Mike Gipson with process, therefore failing to meet the requirements under the Federal Rules of Civil Procedure, with respect to Rule 4(c) requiring proof of service upon the defendants and (m) requiring a 120 day time limit for service of the summons and complaint.

IT IS ORDERED that the plaintiff through its counsel serve the complaint on the defendants and file an affidavit of service on or before AUGUST 26, 2005.  If no affidavit is filed on or before AUGUST 26, 2005, an order of dismissal without prejudice will be entered by the Court for defendants Mike Medlock, Florine Milligan, Richard Bell, Dallas Wood and Mike Gipson for failure to prosecute.

Dated: August 16, 2005

                        AT THE DIRECTION OF THE COURT
                        JAMES W. MCCORMACK, CLERK


                        BY: /s/  Patricia L. Murray
                            COURTROOM DEPUTY CLERK