```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

LEMONTRIUS BLOCKER ET AL

VS                              NO. 4:05CV00433 GH

THETA MU CHAPTER ET AL

<u>ORDER OF DISMISSAL</u>

The file herein reflects that the complaint was filed on March 8, 2005, but does not show that the defendants have ever been served.  Pursuant to Rule 4(m), F.R.C.P,

A Show Cause Order was entered August 16, 2005, and there being no response from counsel, IT IS HEREBY ORDERED that this complaint be and is hereby dismissed as to the defendants without prejudice for failure to prosecute.

IT IS SO ORDERED this ___1st_____day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE